1
 Andrew Kline, in his official capacity as Colorado Deputy Secretary of State; and Jena Griswold, in her official capacity as Colorado Secretary of State, Petitioners v. No on EE - A Bad Deal for Colorado, Issue Committee. Respondent No. 24SC540
Supreme Court of Colorado, En Banc
August 4, 2025

2

 Court
 of Appeals Case No. 22CA2245

 Petition
 for Writ of Certiorari GRANTED.

 Whether
 the court of appeals erred by holding the registered agent
 disclosure requirement facially unconstitutional where the
 plaintiff (1) made no facial challenge in its complaint, (2)
 developed no record and made no argument in support of a
 facial challenge before the district court, and (3) presented
 no argument in support of a facial challenge to the court of
 appeals.

 Whether
 the court of appeals erred by holding the registered agent
 disclosure requirement facially unconstitutional where
 disclosure serves compelling public interests and imposes no
 meaningful burden on issue committees.